UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED
10 JUN 17 AM 9:40

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| DEBRA K VON BEHREN | |
| Debtor(s) | CASE NO. BKY 05-80705 RJK |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Debra K. Von Behren in the amount of $2.14, were unclaimed.

CREDITOR:              CLAIM NUMBER:        AMOUNT:
Debra K. Von Behren                         $2.14
7321 Izaak Walton Road
Bloomington, MN 55438

ACCOUNT NUMBER:
REFUND

Jasmine Z. Keller, Trustee

Dated: June 16, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee